**Order entered June 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00745-CV

### IN RE GARY EUGENE SIMS, Relator

**Original Proceeding from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-0045450-S**

## ORDER
Before Justices Lang-Miers, Evans and Whitehill

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus to the extent it seeks relief against the district clerk and **DENY** the petition for writ of mandamus to the extent it seeks relief against the trial court. We **ORDER** relator to bear the costs of this original proceeding.

/s/     ELIZABETH LANG-MIERS
        JUSTICE